UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO Secretary of Labor,          *
United States Department of Labor,          *
                                            *
              Plaintiff,                    *
                                            *    CIVIL ACTION
      v.                                    *
                                            *    FILE NO.
IBEX ENGINEERING SERVICES, INC.             *
                                            *
                                            *
              Defendant.                    *
* * * * * * * * * * * * * * * * * * * * * * *
```

## WAIVER

Defendant acknowledges service of the complaint in the above-entitled action, waives issuance and service of process, make a general appearance herein, and consent to the entry of a final judgment granting the relief prayed for in the complaint.

IBEX ENGINEERING SERVICES, INC.

Dated Nov 15, 2004        By its attorneys
                          Judith A. Malone, Esq.
                          Robert G. Young, Esq.
                          BBO # 316200, 630541
                          Palmer & Dodge LLP
                          111 Huntington Ave at Prudential Center
                          Boston, MA 02199-7613
                          TEL 617-239-0100
                          FAX 617-227-4420