UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
******************************
ELAINE L. CHAO Secretary of Labor,        *
United States Department of Labor,        *
                        Plaintiff,        *
                                          *        CIVIL ACTION
                                          *
v.                                        *
                                          *        FILE NO.
                                          *
IBEX ENGINEERING SERVICES, INC.           *
                        Defendant.        *
******************************
```

## MOTION FOR ENTRY OF CONSENTED-TO JUDGMENT

Plaintiff hereby moves for entry of Judgment in this matter, wherein a proposed Judgment executed by Defendant and Plaintiff has been submitted to the Court concurrently with this Motion. Also filed concurrently is Defendant's Waiver, in which it separately states once again its consent to the entry of a judgment granting the relief prayed for in the Complaint, demonstrating its consent to this Motion.

Post Office Address:
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL:(617)565-2500
FAX:(617)565-2142

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

_____
Constance B. Franklin
Attorney
BBO 177620

U.S. Department of Labor
Attorneys for Plaintiff

Dated _____

I hereby do certify that I served the foregoing MOTION FOR ENTRY OF CONSENTED-TO JUDGMENT on the __ day of November, 2004, by placing one copy of same in a postage-paid envelope addressed to Attorneys Robert G. Young & Judith A. Malone, Palmer & Dodge LLP, 111 Huntington Ave., Boston, MA 02199-7613 and depositing same in the United States Mail at Boston, Massachusetts.

_____